# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00600-CV

**In re Jason Miears**

## ORIGINAL PROCEEDING FROM BEXAR COUNTY

## M E M O R A N D U M   O P I N I O N

The Court's mandamus jurisdiction does not extend to the respondent Bexar County district judge. *See* Tex. Gov't Code Ann. § 22.221(b)(1) (West 2004). The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Filed:   September 9, 2010